IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JOIEL SUGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES WALKER, ET AL.,<br><br>    Defendants.   / | 1:10-cv-01359-DLB (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not submit the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff did submit a proper certified copy of his prison trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **August 3, 2010**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

-1-