# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JOIELL SUGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WALKER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-01359-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL<br><br>(DOC. 13) |

　　　Plaintiff Tyson Joiell Suggs ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action by filing his complaint on July 30, 2010. Pending before the Court is Plaintiff's notice to close the case, filed April 14, 2011. Doc. 13.

　　　The Court construes this as a notice of voluntary dismissal. An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff is the only party to appear in this action.

　　　Accordingly, the Court HEREBY directs the Clerk of the Court to close this action pursuant to Plaintiff's notice of voluntary dismissal, filed April 14, 2011.

　　　IT IS SO ORDERED.

　　　Dated:　**April 18, 2011**　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE